UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTAL DIVISION
LEXINGTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL NO. 5:24-30-KKC-MAS** |
|     Plaintiff, | |
| V. | **ORDER** |
| **JAGO CLAY,** | |
|     Defendant. | |

\*\*\* \*\*\* \*\*\*

This matter was referred to Magistrate Judge Stinnett for the purpose of conducting rearraignment proceedings for the above defendant. After conducting those proceedings, Judge Stinnett filed a recommendation (DE 23) that the Court accept the defendant's guilty plea and that the defendant be adjudged guilty of Counts 2 and 4 of the Indictment (DE 1) in this matter and that the Court adjudge defendant's interest in the property listed in the forfeiture allegation of the Indictment forfeited. No objections have been filed and, having reviewed the record, the Court finds that Judge Stinnett satisfied all requirements of the Federal Rules of Criminal Procedure and the United States Constitution. Accordingly, the Court hereby ORDERS as follows:

1) The Court ADOPTS the recommendation (DE 23) and ACCEPTS the defendant's guilty plea;

2) The defendant is ADJUDGED GUILTY of Counts 2 and 4 of the Indictment (DE 1);

3) The defendant's interest in the property listed in the forfeiture allegation of the Indictment is FORFEITED; and

4) This matter is set for a sentencing hearing on October 17, 2024 at 11:00 a.m. at Lexington, Kentucky.

This 23rd day of July, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY